NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JACOB BUCKIUS,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-196
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed February 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Tom Barber,
Judge.

Rachael E. Reese of O'Brien Hatfield
P.A., Tampa, for Appellant.

Ashley Moody, Attorney
General, Tallahassee, and Douglas
T. Squire, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.